IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ALTON LARRY CRAWFORD,** | : |
| Petitioner, | : |
| v. | : CIVIL ACTION 09-0416-CG-M |
| **BILLY MITCHEM,** | : |
| Respondent. | : |

**ORDER**

After due and proper consideration of all pleadings in this file, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is adopted as the opinion of this Court.

It is **ORDERED** that this action be **TRANSFERRED** to the United States District Court for the Middle District of Alabama for all further proceedings.

**DONE and ORDERED** this 1st day of December, 2009.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE